PD-1340-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/1/2015 10:11:01 AM
Accepted 4/1/2015 10:58:34 AM
ABEL ACOSTA
CLERK

## No. PD-1340-14

| | | |
|---|---|---|
| **KEVIN LEVELLE KENT** | § | **IN THE COURT OF** |
| **v.** | § | **CRIMINAL APPEALS** |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

## APPELLANT'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF ON DISCRETIONARY REVIEW

TO THE HONORABLE COURT:

COMES NOW, the Appellant in the above and styled and numbered cause, by and through his attorney James F. Pons and respectfully requests this Court grant this Unopposed Motion to Extend Time to File Appellant's Brief on Discretionary Review. In support hereof, the Appellant would show:

## I.

The deadline for filing the Appellant's brief is 30 days from the date the Appellee's brief is received, making the Appellant's brief initially due on April 2, 2015.

## II.

The continuance is asked in good faith and not solely for the purpose of delay. The Appellant asks for a 3 week extension to April 23, 2015.

## III.

Attorney for the Appellant is also trial counsel for the Defendant in the State of Texas v. Jose Diaz, No. 1421958, where the Defendant is charged with indecency with a child. Mr. Diaz's trial is set for April 1, 2015 in the 263rd District Court of Harris county requiring counsel for the Appellant to prepare for such matter. The reporters record in this matter under review is 18 volumes. For theses reasons attorney for the Appellant requests an extension of time in order to effectively review the Appellee's Brief on Discretionary Review and finish Appellant's brief.

## IV.

There has been no prior Motions for Extension of Time to File Appellant's Brief on Discretionary Review granted in this case.

## PRAYER

Wherefore Premises considered Appellant respectfully requests this Court grant the Motion to Extend Time to File Appellant's Brief on Discretionary Review so that attorney for the Appellant will have sufficient time to effectively review the Appellee's brief and finish his brief.

Respectfully submitted,

_____/s/James F. Pons_____
JAMES F. PONS
10900 Northwest Fwy., Ste. 230
HOUSTON, TX 77092
SBN 24041707
PH (832)372-8138
F (713)869-8330

## CERTIFICATE OF SERVICE AND CONFERENCE

I hereby certify that a true and correct copy of the foregoing motion has been served to the Harris County District Attorney on April 1, 2015. Counsel for the Appellant conferred with Counsel for the State and on April 1, 2015 and the State has **no objection** to the foregoing motion.

_____/s/ James F. Pons_____
JAMES F. PONS

No. PD-1340-14

| | | |
|---|---|---|
| **KEVIN LEVELLE KENT** | § | **IN THE COURT OF** |
| **v.** | § | **CRIMINAL APPEALS** |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

## O R D E R

BE IT REMEMBERED that on this the _____day of _____, 2015, came on to be considered the foregoing motion of the Appellant and after a plenary hearing, the Court having considered the motion, it is therefore ORDERED that the aforesaid motion is herby:

_____GRANTED

_____DENIED

SIGNED this _____, 2015.

_____
JUDGE PRESIDING